# EXHIBIT A


A TRUE COPY Feb 28, 2022
TESTE:
CIRCUIT COURT KANAWHA COUNTY, WV

CASE 21-C-986    KANAWHA                PAGE 1

RUSSELL R. AKERS        vs. DOW CHEMICAL COMPANY, A CORPOR

LINE  DATE      ACTION
1  11/04/21   # CASE INFO SHEET; COMPLAINT; ISSUED SUM & 2 CPYS; F FEE; RCPT
              590249; $200.00
2
3  02/08/22   # LET FR SS DTD 2/4/22; SUM W/RET (2/4/22 SS) AS TO DOW CHEMICAL
              CO.
4

## IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

2021 NOV -4 PM 1:10

CATHY S. GATSON, CLERK
KANAWHA COUNTY CIRCUIT COURT

**RUSSELL R. AKERS**
    Plaintiff,

v.                                            CIVIL ACTION NO. 21-C-986

                                                          Judge Tabit

**THE DOW CHEMICAL COMPANY,**
a corporation,
        Defendants.

v.

| Defendant | Days to Answer | Type of Service |
|---|---|---|
| THE DOW CHEMICAL COMPANY | 30 | Secretary of State |

**Two copies attached**

PYMT Type ____
Rcpt # 910249      $200 X   $135 ___
Iss. Sum.+ 2 cc    __ No Sum. Iss
X Ret. to Atty.    __ $20cm X __
__ Mailed CM/RM   __ $5 clk X __
__ Mailed to sos w/ck# _____
__ Sent to _____ w/ck# _____ __$15 mdf X __

PLAINTIFF(s): RUSSELL R. AKERS

DEFENDANT(s): THE DOW CHEMICAL COMPANY

**II. TYPE OF CASE:**

| | | |
|---|---|---|
| __x__ General Civil | _____ Adoption | Civil Appeal From _____ Magistrate Court |
| _____ Mass Tort Litigation | _____ Mental Health | _____ Miscellaneous Civil Petition |
| _____ Guardianship/ Conservatorship | _____ Administrative Agency Appeal | _____ Other _____ |

**III. Jury Demand** __X__ Yes __✗__ No

Case will be ready for trial by (Month/Year) __11/22__

**IV.** Do you or any of your clients or witnesses in this case require special Accommodations due to a disability? __X__ Yes _____ No
If yes, please specify:

__X__ Wheelchair accessible hearing room and other facilities
__/__ Interpreter or other auxiliary aid for the hearing impaired
_____ Reader or other auxiliary aid for the visually impaired
_____ Spokesperson for other auxiliary aid for the speech impaired
_____ Other_____

| | | |
|---|---|---|
| **Attorney Name:** | WALTON S. SHEPHERD, III | **Representing:** |
| **Firm:** | | __X__ Plaintiff _____ Defendant |
| **Address:** | P.O. Box 13249 | _____ Cross-Complaint |
| | Sissonville, WV 13249 | _____ Cross-Defendant |
| **Telephone:** | 304-984-3306 | |
| **Dated:** | | |

**Signature:** _____

_____ Proceeding without an attorney

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

USPS CERTIFIED MAIL™



9214 8901 1251 3410 0003 4525 26

THE DOW CHEMICAL COMPANY
C. T. Corporation System
5098 WEST WASHINGTON STREET
SUITE 407
CHARLESTON, WV 25313

**Control Number:** 287664
**Defendant:** THE DOW CHEMICAL COMPANY
5098 WEST WASHINGTON STREET
SUITE 407
CHARLESTON, WV 25313 US

**Agent:** C. T. Corporation System
**County:** Kanawha
**Civil Action:** 21-C-986
**Certified Number:** 92148901125134100003452526
**Service Date:** 2/4/2022

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

Russell Akers

_____ **Plaintiff**

v.  Case No. 21-C-986

Dow Chemical Company

_____ **Defendant**

**SUMMONS**

**To the above-named Defendant:**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon Will S Shepherd _____ plaintiff's attorney, whose address is P.O. Box 13249 Charlst WV 25360, an answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred for asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated: 11-4-21

**Cathy S. Gatson, Clerk**
CATHY S. GATSON, CLERK

By: _____
Deputy Clerk



IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

RUSSELL R. AKERS,
    Plaintiff,

v.                          CIVIL ACTION NO. 21-C-986
                                                              Judge Tabit
THE DOW CHEMICAL COMPANY,
a corporation,
    Defendant.

## COMPLAINT

The Plaintiff Russell R. Akers for his Complaint does state as follows:

I.

That the Plaintiff was employed by the predecessor of the Defendant, Union Carbide Corporation, from January, 1977 until 1985, at which time the operation of the Defendant's predecessor was transferred to Chemical Leaman Tank Lines, Inc.

II.

That the Plaintiff was employed as a "tank cleaner" whose primary responsibility was the flushing out and removal of chemical components from rail tank cars at a site maintained by Defendant's predecessor located near Institute, Kanawha County, West Virginia.

III.

That the Defendant's predecessor maintained a hazardous workplace which on a daily basis endangered the health and well being of the Plaintiff and all of his co-workers.

IV.

That no protective gear in the form of hazmat suit or the like was provided to protect the Plaintiff and others against the exposure to such hazardous chemicals and to the potential adverse health effects resulting therefrom.

V.

That the Defendant went to several medical professionals and health care providers, including but not limited to Dr. Muhammad Omer Jamil, MD, who advised the Plaintiff that he suspected that the Plaintiff had pancreatic cancer.

VI.

That the Plaintiff had a medical procedure at "The James" at Ohio State University in Columbus, Ohio, on or about the 4th day of November, 2019, and that the suspected diagnosis of pancreatic cancer was confirmed on November 20, 2019.

VII.

That said Dr. Jamil further confirmed to the Plaintiff that the probable cause of the pancreatic cancer was the latent manifestation attributable to Plaintiff's prior exposure to one or more chemicals to which the Plaintiff and others were regularly and repeatedly exposed.

VIII.

That the Plaintiff has incurred hundreds of thousands of dollars in medical bills for his treatment which is ongoing as of the date of this Complaint, but that the Plaintiff is hopeful for a full recovery and eventual return to his normal life.

PRAYER

Wherefore, your Plaintiff does pray for the following relief:

1. That this Complaint be filed and served upon the Defendant.
2. That the Plaintiff be awarded such sums by means of a monetary award assessed against the Defendant in an amount commensurate with his debilitating pain, suffering and emotional distress endured by the Plaintiff and directly attributable to the gross negligence of his predecessor employer, Union Carbide Corporation, whose conduct rises to the threshold of a "Manolis" standard of tortious conduct.
3. That Plaintiff does demand a jury trial.

RUSSELL R. AKERS

BY COUNSEL

_____
WALTON S. SHEPHERD, III (WVSB#3369)
P. O. Box 13249
Sissonville, WV 25360
304-984-3306
Counsel for Plaintiff